UNITED STATES BANKRUPTCY COURT
District of Oregon

In re )
**Elizabeth M. Murphy** ) Case No. **18−31521−tmb13**
) CHAPTER 13 CONFIRMATION
Debtor(s) ) WORKSHEET

Attorney: **SCOT J ELIOT**     Trustee: Wayne Godare   Catherine Yarnes
**Present:** Debtor ( ) Jt. Debtor ( ) Attorney (x)    Conf. Hrg Date/Time: 09/20/2018 10:00 AM
**Creditors In Attendance:** Jesse Baker - Webster Bank

___ **Dismiss Since:** ___ (1) Payments Not Received by Trustee ___ (2) Domestic Support Obligations Not Current ___ (3) Trustee OBJ. TO CONF.; OR ___ (4) Grant Motion to Dismiss from _____

___ **Enter Confirmation Order:** ___ Subject to Objections W/In ___ Days By _____
___ Enter OCP Order ___ Fee Reduction ___ Send Letter

___ **Enter Order: Denying Confirm** ___ Days to File Amended Plan
Reason: ___ (1) Unable to Comply ___ (2) More Than 36/60 Mo. ___ (3) Debtor wants to File Amended Plan
(4) _____

___ **Enter Order re Tax Returns Owed:** ___ IRS ___ ODR ___ OTHER: _____
Returns Due Within ___ Days

___ **Enter Service Order** ___ Fee Reduction ___ Send Letter

_x_ **Adjourn Confirmation Hearing:** _x_ Notice given in Ct.; OR Notify ___ (1) All Interested Parties:
or ___ (2) Debtor, Attorney, Trustee, Objecting Creditors and _____
Date, etc.: 10/18 @ 1:30 ___ Evidentiary ___ Hours ___ Bend: ___

**Objecting Creditor:** _____
Value: ___ D ___ C ___ Feasibility: ___ Good Faith: ___
___ D ___ C ___ Failure to Make Postpetition Payments: ___
Int Rate: ___ D ___ C ___ Failure to Assume or Reject Executory Contract: ___

**Objecting Creditor:** Webster Bank - not receiving post petition payments on 2nd mortgagee
Value: ___ D ___ C ___ Feasibility: ___ Good Faith: ___
___ D ___ C ___ Failure to Make Postpetition Payments: ___
Int Rate: ___ D ___ C ___ Failure to Assume or Reject Executory Contract: ___

Trustee outstanding objections.
ODR w/drew
Debtor needs to have resolved any issues with post petition payments to Webster Bank, as well as providing the confirmation Trustee needs for feasibility under the plan, otherwise, case likely to be dismissed at the next hearing.