10/17/18

UNITED STATES BANKRUPTCY COURT
District of Oregon

In re  
**Elizabeth M. Murphy**

Debtor(s)

Case No. **18-31521-tmb13**  
CHAPTER 13 CONFIRMATION WORKSHEET

Attorney: **SCOT J ELIOT**  
Trustee: Wayne Godare  
**Present:** Debtor ( ) Jt. Debtor ( ) Attorney (✓)  
Conf. Hrg Date/Time: 10/18/2018 01:30 PM  
**Creditors In Attendance:** _Jesse Baker (Webster Bank)_

___

\_\_\_\_**Dismiss Since:**\_\_\_\_(1) Payments Not Received by Trustee \_\_\_\_(2) Domestic Support Obligations Not Current \_\_\_\_ (3) Trustee OBJ. TO CONF.; OR \_\_\_\_(4) Grant Motion to Dismiss from_____

\_\_\_\_**Enter Confirmation Order:**\_\_\_\_ Subject to Objections W/In \_\_\_\_ Days By_____
\_\_\_\_ Enter OCP Order _____ Fee Reduction \_\_\_\_\_ Send Letter

\_\_\_\_**Enter Order: Denying Confirm**\_\_\_\_\_ Days to File Amended Plan
Reason: \_\_\_\_ (1) Unable to Comply _____ (2) More Than 36/60 Mo. \_\_\_\_ (3) Debtor wants to File Amended Plan
(4) _____

\_\_\_\_**Enter Order re Tax Returns Owed:**\_\_\_\_ IRS \_\_\_\_ ODR \_\_\_\_ OTHER: _____
Returns Due Within \_\_\_\_ Days

\_\_\_\_**Enter Service Order** \_\_\_\_\_ Fee Reduction \_\_\_\_\_ Send Letter

\_\_\_\_**Adjourn Confirmation Hearing:**\_\_\_\_ Notice given in Ct.; OR Notify \_\_\_\_\_ (1) All Interested Parties:
or \_\_\_\_ (2) Debtor, Attorney, Trustee, Objecting Creditors and _____
Date, etc: _____ Evidentiary \_\_\_\_\_ Hours \_\_\_\_\_ Bend: \_\_\_\_\_

**Objecting Creditor:** _Trustee_

Value: _____ D_____ C_____ Feasibility:\_\_\_\_\_ Good Faith: \_\_\_\_\_
_____ D_____ C_____ Failure to Make Postpetition Payments: \_\_\_\_\_
Int Rate: _____ D_____ C_____ Failure to Assume or Reject Executory Contract: \_\_\_\_\_

___

**Objecting Creditor:** _Webster Bank_

Value: _____ D_____ C_____ Feasibility:\_\_\_\_\_ Good Faith: \_\_\_\_\_
_____ D_____ C_____ Failure to Make Postpetition Payments: \_\_\_\_\_
Int Rate: _____ D_____ C_____ Failure to Assume or Reject Executory Contract: \_\_\_\_\_

_Dismiss in 10 days if not converted._